Certiorari denied.

No. 87–900.   REICHHOLD CHEMICALS, INC. v. CASSINO ET AL. C. A. 9th Cir.   Motion of Equal Employment Advisory Council for leave to file a brief as *amicus curiae* granted.   Certiorari denied.

No. 87–5699.   JONES v. BUTLER, WARDEN.   Sup. Ct. La.;

No. 87–5821.   JESTER v. OHIO.   Sup. Ct. Ohio;

No. 87–5968.   MORALES v. OHIO.   Sup. Ct. Ohio;

No. 87–5973.   SCHNEIDER v. MISSOURI.   Sup. Ct. Mo.; and

No. 87–5985.   ZUERN v. OHIO.   Sup. Ct. Ohio.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 87–5764.   DENNIS v. UNITED STATES ATTORNEY GENERAL ET AL.   C. A. 10th Cir.   Certiorari denied.   JUSTICE BRENNAN would grant certiorari.

No. 86–327.   MULLINS COAL CO., INC. OF VIRGINIA, ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL., *ante*, p. 135;

No. 87–579.   KATZ v. NEW YORK, *ante*, p. 960;

No. 87–5105.   HARPER, A MINOR, BY HER MOTHER AND NEXT FRIEND, HARPER v. BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante*, p. 969;

No. 87–5482.   CHILDS v. GEORGIA, *ante*, p. 970;

No. 87–5573.   BURY v. CITY OF LAKELAND, FLORIDA, ET AL., *ante*, p. 966;

No. 87–5640.   MCGLORY v. YOKA ET AL., *ante*, p. 968;

No. 87–5718.   MINER v. UNITED STATES, *ante*, p. 969; and

No. 87–5789.   IN RE SAFIR, *ante*, p. 975.   Petitions for rehearing denied.